THOMAS H. CANFIELD and Another v. WILLIAM J. BODKIN and Others.[2]

August 7, 1908.

Nos. 15,669—(90).

Action in the district court for Clay county by the administrators of the estate of Thomas H. Canfield, deceased, to recover $118.25 for the conversion of certain grain covered by a chattel mortgage. The case was tried before Baxter, J., who found in favor of defendants. From an order denying plaintiffs' motion to set aside the findings and for a new trial, they appealed. Reversed.

*Edwin Adams* and *F. H. Peterson,* for appellants.
*C. A. Nye,* for respondents.

PER CURIAM.

This case is substantially the same as that of Adams v. Overboe, supra, page 295, 117 N. W. 496, in which the questions involved are considered.

The facts need not be restated. At the time when Adams took the mortgage to himself upon the grain, he also took a mortgage on the same grain, to which his mortgage was declared to be subject, to secure a note for $115.25,

[1] Reported in 117 N. W. 504.			[2] Reported in 117 N. W. 498.

payable and belonging to one Canfield. This note was a renewal of a note for the same amount, which for some time had been in Adams' possession for collection for his client, Canfield. The action against the sheriff was brought by Canfield on October 30, 1901, and the sureties on his official bond were made parties defendant by an order of court on September 10, 1904. The right of action had not been barred by the statute of limitations, and the evidence shows affirmatively that the Canfield mortgage was not fraudulent.

What is said in the Adams case applies equally here, and the order of the trial court is therefore reversed.